UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

ROBERT S. COOPER
and SUE ANN COOPER,
    Plaintiffs

Case No. 09-CV-929

v.

WYETH, INC d/b/a WYETH,
ESI LEDERLE, INC.,
SCHWARZ PHARMA, INC.
TEVA PHARMACEUTICALS USA, INC.
and APOTHECON, INC.
    Defendants

Judge James J. Brady

Magistrate Judge Christine Noland

### PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DEFENSE EXPERT MARIANNE MANN, M.D.

**MAY IT PLEASE THE COURT:**

**NOW COME** Plaintiffs, ROBERT COOPER and SUE ANN COOPER, through undersigned counsel, and hereby submit this Motion to Exclude the Opinions of Defense Expert Marianne Mann, M.D. As further set forth in the accompanying Memorandum in Support, Dr. Mann's opinions are unreliable and without adequate foundation, thereby rendering them also irrelevant. Her opinions should be excluded in their entirety or, in the alternative, strictly limited. As a result, this Court should grant Plaintiffs' Motion and enter an Order excluding any and all testimony by Dr. Marianne Mann.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs pray that this Motion to Exclude the Opinions of Defense Expert Marianne Mann, M.D. be granted and that such testimony be excluded at trial.

PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS
OF DEFENSE EXPERT MARIANNE MANN, M.D.

1 | P A G E

2 | P A G E

Respectfully Submitted,

  /s/ William B. Curtis
DANIEL J. MCGLYNN
Louisiana State Bar No. 17051
TERRENCE J. DONAHUE, JR.
Louisiana State Bar No. 32126
**MCGLYNN, GLISSON & MOUTON**
340 Florida Street
Baton Rouge, LA 70801
Telephone (225) 344-3555
Facsimile (225) 344-3666
Email: danny@mcglynnglisson.com
Email: joe@mcglynnglisson.com

WILLIAM B. CURTIS
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
7557 Rambler Road, Ste. 1050
Dallas, TX 75231
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

Steven Courtney Gill
**THE GILL LAW FIRM, LLC**
909 Poydras, Ste. 2180
New Orleans, LA 70112
Telephone: 504-585-1617
Facsimile: 504-585-1621
Email: gilllegal@bellsouth.net

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing has been filed using the Court's electronic CM/ECF system and electronically served on all parties on this 16th day of May, 2014.

          /s/ William B. Curtis
         William B. Curtis