Appendix A

CURRICULUM VITAE

Personal Information

Marianne Culkin Mann

Contact Information:
7105 Biter Lane
Highland, MD 20777
(301)854-2153 (home)
(301)854-1771 (work)
mann612@verizon.net

Date of Birth:  March 15, 1962
Place of Birth:  Towanda, PA
Citizenship:  USA
Married; 3 children

Education

Graduate Medical Education

| | |
|---|---|
| 1989-1992 | University of Connecticut Health Center<br>Farmington, CT 06032<br>Pulmonary and Critical Care Fellowship |
| 1988-1989 | University of Connecticut Health Center<br>Farmington, CT 06032<br>Internal Medicine Residency |
| 1986-1988 | Albert Einstein Medical Center<br>Philadelphia, PA 19141<br>Internal Medicine Residency |

Medical Education

| | |
|---|---|
| 1982-1986 | Medical College of Pennsylvania<br>Philadelphia, PA 19129<br>M.D. degree awarded June, 1986 |



Undergraduate Education
1980-1982          Lehigh University
                   Bethlehem, PA 18015
                   B.A. degree awarded June, 1984
                   (6-year accelerated BA/MD program)
                   Graduated cum laude

Societies, Licensure and Board Certification

Pennsylvania State Medical License MD 038630-E
DEA # BM1030105
Board Certified in Internal Medicine 1989
Board Certified in Pulmonary Medicine 1992-2002/Recertified Through 2014
Board Certified in Critical Care Medicine 1993-2003

Honors

FDA Awards/Honors
2002  CDER's Excellence in Communication Award *for comprehensive and collaborative team effort in working to address a safety concern regarding bacterial contamination in multi-dose albuterol vials.*
1999 FDA Commendable Service Award *for exceptional performance including interagency collaboration in the priority review of the rifapentine application, the first new drug approved for pulmonary tuberculosis in 25 years.*
1999 FDA Commendable Service Award *for outstanding commitment and cooperation between FDA staff in handling post-marketing events noted with the drug Viagra*
1998 FDA Award of Merit *for enhancing the design of wasting trials through a cooperative partnership involving government regulators, industry representatives, clinical academicians and patients who have wasting.*
1998 DHHS Secretary's Award for Distinguished Service *for enhancing the design of wasting trials through a cooperative partnership involving government regulators, industry representatives, clinical academicians and patients who have wasting.*
1996-1997:  Selected for the Center for Drug Evaluation Leadership Fellows Program

Post Graduate Residence/Fellowship Training
1987: Upjohn Achievement Award for Outstanding First Year Medical Resident

Medical School (MCP)
Received Honors in Otolaryngology, Ambulatory Medicine and Urology

Undergraduate (Lehigh University)
Dean's List
William's Essay Award

Hospital Appointments/Employment
**June of 2004-present**
Clinical Drug Development & Regulatory Consultant
I work independently as a drug development and regulatory consultant. The majority of
my work is in the area of pulmonary drug development for conditions such as asthma,
COPD, and cystic fibrosis, as well as the field of allergy. My work extends from pre-
IND meetings throughout approval and post-approval commitments. I am very familiar
with pulmonary drug development or inhaled therapies and the challenges they pose. I
have served on drug advisory and safety boards. I also have served on many mock
advisory panels both within the pulmonary space, but also for other indications. I
believe I have a good understanding of how the FDA balances risk/benefit profiles of
drugs based on my work there (in 3 divisions) and also from serving on multiple mock
panels over the past 8 years.

**1996-2004**
**Volunteer Staff Pulmonologist**
**National Naval Medical Center**
**Bethesda, MD**
I evaluated patients in an out-patient pulmonary clinic for conditions like asthma, chronic
obstructive pulmonary disease, sarcoidosis, and abnormal chest x-rays. I was responsible
for teaching pulmonary fellows and attended an outpatient clinic 4 hours each week. I
also taught a course to medical students on physical examination while volunteering.

**2003-2004**
**Branch Chief**
**Respiratory Disease Branch (RDB)**
**Division of Microbiology and Infectious Diseases (DMID)**
**National Institute of Allergy and Infectious Diseases (NIAID)**
**National Institutes of Health**
**Bethesda, MD**
With a team of 12 professionals, I helped this branch of NIAID sponsor research in the
areas of respiratory infectious diseases including influenza, SARS, tuberculosis, RSV,
and a variety of bacterial and other respiratory pathogens. We used existing contract and
grant funding mechanisms and, if necessary, created new RFPs (requests for proposals)
or RFCs (requests for contracts) in order to help make strides in the area of respiratory
infectious disease. My role was to facilitate and lead this process, and particularly to
ensure that the clinical trials being undertaken (under INDs and NDAs) were well
designed and safely run.

**2000-2003**
**Deputy Director**
**Division of Pulmonary and Allergy Drug Products**
**Center for Drug Evaluation and Research**
**Food and Drug Administration**

**Rockville, MD**

My scientific responsibilities during 3 years in this position included the review of clinical protocols from the early phases of drug development through post-marketing for drugs to treat asthma, allergic rhinitis, chronic obstructive pulmonary disease, cystic fibrosis, and other respiratory/allergic conditions. Clinical trial designs were carefully evaluated for their ability to demonstrate effectiveness and maintain patient safety, and data from these trials are then interpreted to develop appropriate drug labeling. The spectrum of drug products included traditional inhaled therapies (bronchodilators, inhaled corticosteroids, etc), phosphodiesterase-4 inhibitors, leukotriene inhibitors, and novel molecular entities involving new mechanisms of action. This job required a basic understanding of pulmonary physiology and clinical respiratory disease, as well as a broad understanding of drug development from phase 1 through phase 4.

My professional responsibilities as Deputy Director included representing the Agency at meetings with industry, Congress, the media, and the public  Several times each week, I chaired various meetings with industry and I was regularly involved in discussions to negotiate scientific and/or regulatory issues related to clinical drug development. I presented at several FDA Open Public Advisory Committee meetings and in fact instructed new FDA staff how to prepare for such presentations in a CDER Staff College Course. I presented at several professional meetings on behalf of the Agency (e.g. discussing FDA's pediatric initiatives at the 2002 American Thoracic Society's annual meeting). I served as the Division's primary point of contact for consults from within the Agency (including consults with the Division of Drug Marketing, Advertising, and Communications or DDMAC) as well as helping respond to congressional inquiries, citizen's petitions, requests for IND waivers, and inquiries from the public. My role involved frequent collaboration with others across the Agency, (Center for Devices and Radiologic Health, the Center for Food Safety and Nutrition, and the Center for Biologic Evaluation and Research) on a number of initiatives related to the Agency's mission.

My managerial responsibilities in this position included the being the direct supervisor of several employees, and helping the Director with the supervision and management of a staff of approximately 50 people, organizing a guest lecture series for the Division's Scientific Rounds, coordinating yearly retreats, and hiring new staff.

**1998-2000**
**Deputy Director**
**Division of Reproductive and Urologic Drug Products**
**Center for Drug Evaluation and Research**
**Food and Drug Administration**
**Rockville, MD**

During my two years as Deputy Director in the Division of Reproductive and Urologic Health, I had to learn about an entirely new area of clinical medicine that was unrelated to my expertise as a pulmonologist and intensivist, but still related to drug development. A unique and highly visible challenge I encountered in this role was taking on a primary role in dealing with the post-marketing reports of death related to the use of the approved drug Viagra. This required interactions at the level of the FDA Commissioner, handling

press releases and speaking with the media to define the Agency's approach to ensure safe use of this high profile medication. Another challenge was meeting frequently with Congressional staff members to discuss and defend a controversial position the Agency took on the use of inhaled terbutaline by pregnant women in the out-patient setting. As Deputy Director, I often served a primary role in addressing consultative requests from within the Agency, including the Center for Devices and Radiologic Health (CDRH), the Division of Drug Marketing, Advertising and Communications (DDMAC), and other CDER review divisions.

**1994-1997**
**Medical Officer**
**Division of Antiviral Drug Products/Division of Special Pathogens and Immunologic Drug Products**
**Center for Drug Evaluation and Research**
**Food and Drug Administration**
**Rockville, MD**
In this position, I developed the primary skills necessary for an FDA clinical reviewer. This included achieving a basic understanding of clinical trial designs, statistics, drug law, pharmacokinetics and pharmcodynamics, and preclinical toxicology. I provided detailed clinical reviews of protocols involving AIDS, tuberculosis and non-tuberculous mycobacteria, respiratory syncitial virus, chlamydia TWAR, cystic fibrosis, pneumocystic carinii, and a wide variety of bacterial respiratory pathogens. Specifically, my clinical review directly supported the approval of rifapentine (the first drug approved in 25 years to treat tuberculosis), and the approval of the MTD test (a rapid diagnostic test for the detection of tuberculosis in the sputum). The MTD test was the first PCR test for tuberculosis that was FDA-approved, and I presented the clinical data for this test at the FDA CDRH Advisory Panel Meeting. My experience as a primary clinical reviewer helped me develop a strong knowledge base regarding the microbiological and clinical issues related to the field of respiratory pathogen research, with an emphasis on tuberculosis.

One accomplishment I am particularly proud of is my coordination of a workshop to address the selection of meaningful clinical endpoints in trials for wasting (due to cancer, AIDS, etc). This involved input and support from NIAID's extramural program, the FDA, the CDC, from drug sponsors, academicians and patients who suffer from wasting. Another achievement was my work with Dr. Henry Masur, Dr. Fred Ognibene, and others at the NIH that resulted in the publication of a paper regarding the lack of specificity and clinical relevance of the finding of positive CMV cultures in bronchoalveolar lavage fluid from patients who are HIV infected.

**1993-1994**
**Staff Pulmonologist and Internist**
**Kimbrough Army Community Hospital**
**Fort Meade, MD**

My responsibilities in this job included serving as a primary care physician for out-patients in the general medical clinic, serving as ICU director for an active 6-bed intensive care unit.

**1992-1993**
**Staff Pulmonologist**
**Hospital for Special Care**
**New Britain, CT**
My responsibilities in this job included serving as a staff pulmonologist and caring for 40 patients in a chronic respiratory care unit.   Teaching residents in the ICU was also a primary responsibility in this job.

Publications

Gross N, Mann M.  The COPD Pipeline XVI:  Clinical Trials and Changes in the Drug Approval Process.  Journal of Chronic Obstructive Pulmonary Disease 2012; 9: 310-312.

Mann M, Chowdhury B, Sullivan E, Nicklas R, Anthracite R, Meyer R.  Serious Asthma Exacerbations in Asthmatics Treated with High Dose Formoterol.  Chest 2003;124:70-74.

Koller E, Mann M, Malozowski S, Bacsanyi J, Gildbert C.  Aseptic Necrosis in HIV seropositive patients:  a possible etiologic role for megestrol acetate.  AIDS Patient Care STDS 2000;14(8):405-410.

Mann M.  Clinical Trials for the Treatment of Secondary Wasting and Cachexia.  J. Nutrition 1999; 129:303S-305S.

Mann M, Piazza-Hepp T, Koller E, Struble K, Murray J. Unusual Distributions of Body Fat in AIDS Patients: A Review of Adverse Events Reported to the Food and Drug Administration. AIDS Patient Care STDS 1999; 13(5):287-295.

Koller E, Gilbert C, Green L, Mann M, Bernstein B. Thrombotic Events Associated with Megestrol Acetate in Patients with AIDS Cachexia. Nutrition 1999; 15(4):294-298.

Mann M. Book Review of "Blood on the Altar: Confessions of a Jehovah's Witness Minister.  JAMA 1997;277(5):425.

Mann M, Shelhamer JH, Masur H, Gill VJ, Travis W, Solomon D, Manischewitz J, Stock F, Lane HC, Ognibene FP. Lack of Clinical Utility of Bronchoalveolar Lavage Cultures for Cytomegalovirus in Patients with HIV Infection.  Am J Respir Crit Care Med 1997;155(5):1723-1728.

Mann M, Murgo A, Malozowski S, Koller E, Bacsanyi J.  Glucocorticoid-like Activity of Megestrol Acetate.  Arch Int Med 1997;157:1651-1656.

Scalise P, Mann M, Votto J, McNamee MJ.  Severe Hypothermia in the Elderly.  Conn Medicine 1995;59(9):515-517.

Mann M, Patel K, Reardon J, Goldstein M, Godar TJ, ZuWallack RL.  The Influence of Spring and Summer New England Meteorologic Conditions on the Respiratory Status of Patients with Chronic Lung Disease.  Chest 1993;103:1369-74.

Mann M, Asuncion C.  Simultaneous Primary Lung Sarcoma and Carcinoma.  J Surg Onc 1992;49:270-72.

Mann M, Eliasson O, Patel K, ZuWallack RL.  An Evaluation of Severity-Modulated Compliance with q.i.d. Dosing of Inhaled Beclomethasone.  Chest 1992;102:1342-46.

Mann M, Eliasson O, Patel K, ZuWallack RL.  A Comparison of the Effects of b.i.d. and q.i.d. Dosing on Compliance with Inhaled Flunisolide.  Chest 1992;101:496-99.

Mann M, Votto J, Kambe J, McNamee MJ.  Management of the Severely Anemic Patient who Refuses Transfusion:  Lessons Learned During the Care of a Jehovah's Witness.  Ann Intern Med 1992;117:1042-48.

Books/Chapters

Mann M, Votto J, Kambe J, McNamee MJ:  Management of the Severely Anemic Patient who Refuses Transfusion. In Clinical Medical Ethics Cases and Readings.  University Press of America. 1995: 273-284.

Abstracts/Presentations

Mann M, Patel K, Elliason O, ZuWallack RL:  A Comparison of the Effects of b.i.d. and q.i.d. Dosing on Compliance with Inhaled Flunisolide.  Abstract and formal presentation at the1992 ACCP Meeting, San Francisco.

Mann M, Elliason O, Patel K, ZuWallack RL:  An Evaluation of Severity Modulated Compliance with Inhaled Beclomethasone.  Abstract at the1992 ATS Meeting, Miami.

Votto J, Brancifort J, Mann M, Wollschlager C:  A 13 Year Experience in a Long Term Ventilator Unit.  Abstract at the 1993 ACCP Meeting, Orlando.

Wollschlager C, Brancifort J, Mann M, Votto J:  Evaluation of Premature Discharges from an Inpatient Pulmonary Rehabilitation Program.  Abstract at the 1993 ACCP Meeting, Orlando.

Mann M, Koller E, Malozowski S, Murgo A, Bacsanyi J:  The glucocorticoid-like activity of megestrol acetate:  report on 56 cases.  Abstract at the 10th International Congress on Endocrinology meeting in June, 1996, San Francisco.

Koller E, Green MS, Mann M: Thrombotic Events in AIDS Patients on Megestrol Acetate. Abstract and formal presentation at the Second International Conference on Nutrition and HIV Infection in April 1997, Canne-France.

Mann M, Piazza-Hepp T, Koller E, Gilbert C: Abnormal Fat Distribution in AIDS Patients Following Protease Inhibitor Therapy: FDA Summary. Abstract at the 5th Conference on Retroviruses and Opportunistic Infections in February 1998, Chicago.

Ahmad S, Graham D, Toyer D, Wassel R, Mann M: Comparison of Pulmonary Toxicity Risks with Antiandrogens. Journal of Pharmacoepidemiology and Drug Safety; Volume 9, Supplement 1, page S121, 2000.

Formal Lectures and Presentations
1/26/96: FDA Office of Device Evaluation, Division of Clinical Laboratory Devices: Advisory Committee presentation on the Roche Amplicor Rapid Diagnostic Detection Device for Tuberculosis in Rockville, MD.

1/21/97: "CDER's approach to new antituberculous drugs" Presented to Chinese Delegation of TB Control at Parklawn Building in Rockville, MD.

5/23/97: "Approved pharmacologic therapies for wasting" presented at the Workshop on Clinical Trials for the Treatment of Secondary Wasting and Cachexia at Natcher Auditorium, NIH Campus, Bethesda, MD.

11/21/97: FDA Advisory Committee presentation on inhaled tobramycin (TOBI®) for the Treatment of Cystic Fibrosis.

1999-present: FDA panel member/instructer for the course "Drug Development: A Condensed Overview" for multiple PERI courses (approximately 2 to 3 each year).

1/24/01: Moderator of CDER Scientific Rounds discussing the Use of a Placebo-Controlled Trial in Latin America for Development of a New Surfactant.

10/4/01: Presenter at the FDA's "Workshop on Non-Inferiority Trials" where the Division's experience with designing surfactant trials was presented.

6/5/01, 11/6/01, 10/3/02, 2/25/03: Teacher at FDA Course "Presenting at Advisory Committee Meetings" lecture entitled "Crafting your Presentation"


Chair and Organizer or Facilitator
5/22-5/23/97: Workshop on Clinical Trials for the Treatment of Secondary Wasting and Cachexia at Natcher Auditorium, NIH Campus, Bethesda, MD.

7/97-7/00: Chairman of the FDA Wasting Working Group which includes approximately 15 members who meet monthly to discuss various regulatory and scientific issues in relation to wasting trials.

4/98—4/99: Member of FDA Viagra Working Group which includes approximately 8 members who meet weekly to every two weeks to discuss various regulatory and scientific issues related to Viagra.

6/02: Facilitator for FDA Risk Management Workshop entitled "The Label and Beyond" held on June 30, 2002 at the University of Maryland, Shady Grove.

2004-Present: Co-Director of the 2.5 day PERI Course entitled "Clinical Development of Drugs for Asthma and COPD" held each year in Baltimore, Maryland or in Vienna, Virginia. In 2011, I participated in the course, giving two lectures, but I was not a co-director. In 2012, I resumed directing the course (by myself). In 2013, we are planning an October meeting in Vienna Virginia. Each year, DPARDP sends a member of the Division to also present and answer questions. This course enhances my ability to stay directly in touch with the FDA's Division of Pulmonary and Allergy (and Rheumatology) Drug Products, and keep afresh of acceptable endpoints and trial designs for COPD and asthma.

FDA Courses
Basic Statistical Methods, CDER Staff College, Fall 1994
Elementary Pharmacokinetics, CDER Staff College, Fall 1994
Regulatory Science, CDER Staff College, Spring 1995
Introduction to Clinical Trials, CDER Staff College, Spring 1995
NDA Game: FDA Industry Interaction in Drug Development, February 16-17, 1995
Quality of Life, CDER Staff College, Spring 1996
Advanced Statistics/Excel Applications, CDER Staff College, August 19-22, 1997
FAME I Leadership Course, January 26-30, 1998
The Successful Negotiator, Fall 2000
FAME II Leadership Course, June of 2000
FDA Personnel Practices for Supervisors, July of 2001
Communication Skills, May 2002
Successful Searching on the Net, July 2002

FDA Working Groups and Committees
2001-2003: Oncolology Coordinating Committee Member
2001-2002: Shelf Chemicals Working Group Member
2002-2003: PDUFA 3 Implementation Working Group Member
2002-2003: NICHD-FDA Newborn Initiative Group Member

**Appendix B**

Reglan Labels (1980-2010)

Correspondence/contacts between Reglan/metoclopramide sponsors and FDA

Reglan IND documents

Investigational Brochures

Reglan NDAs and sNDAs

Reglan Summary Basis of Approvals

Supplemental Applications

Adverse Event Reports

Annual Reports

Periodic Adverse Drug Experience Reports

FDA reviews/approvals of Reglan/metoclopramide, including documents pertaining to:

      1979 injectable approval

      1980 diabetic gastroparesis approval

      1984 GERD approval

      1985 tardive dyskinesia warning

      geriatric use label change

      Pozen Inc's MT-100

      Reglan ODT and Metozolv ODT

      2009/2010 Reglan/metoclopramide label changes (including black box warning)

Federal regulations and statutes, e.g.:

      2007 Food and Drug Administration Amendments Act

      21 CFR 201.56

      21 CFR 201.57

      21 CFR 201.80

      21 CFR 201.128

      21 CFR 314.125

      21 CFR 314.80

      21 CFR 314.81

      21 CFR 314.94

      21 CFR 314.150

Federal Register notices, e.g.:

August 27, 1997 Federal Register (Vol. 62, No. 166)

June 25, 1997 Federal Register (Vol. 62, No. 122)

FDA Guidances, e.g., Guidance for Industry: Content and Format for Geriatric Labeling, Oct. 2001

Gastrointestinal Drugs Advisory Committee materials (7/19/76; 9/27-28/76; 1/16/78; 10/15/79; 1/12/81; 5/13/82)

Psychopharmacologic Drugs Advisory Committee materials (2/23-24/84)

Reglan NDA divestiture letters

Propulsid (cisapride) Dear Healthcare Professional Letter, April 2000

March 19, 2010 FDA Warning Letter to Salix Pharmaceuticals, Inc.

June 27, 2008 Office of Surveillance and Epidemiology memo

February 26, 2009 FDA letter to sponsors

1983 letter from Dr. Jick to Robins

March 12, 1997 Wyeth increased frequency report to FDA

Dear Doctor letters regarding Reglan, including November 1985 Dear Doctor Letter re Reglan

May 12, 1981 World Health Organization report regarding tardive dyskinesia and related correspondence

December 12, 1977 IMS pharmaceutical marketletter regarding National Drugs Advisory Board report

1965 Tibor Bodi Study

Preliminary Report, Open Label Trial Metoclopramide, Sept. 28, 1983

Oct. 25, 1979 Summary of the Safety of Metoclopramide in Diabetic Gastroparesis

Deposition transcripts/exhibits:

Frederick Jones (12/7/11)

Paul Minicozzi (8/25/11; 9/22/11)

Frederick Wilson (12/6/04)

Robyn Karlstadt (6/29/07)

Axel Olsen (11/19/04, 3/01/12)

Justin Victoria (10/20/11, 3/23/12)

Emily Morley (5/15/07)

David Taylor (11/28/01)

Anne Board (6/2/94, 6/23/94)

2

Samuel Tisdale (6/27/00, 6/28/00)

Suzanne Parisian (12/3/10)

First Amended Complaint in *Gardley-Starks*

Plaintiff's Response to Defendant Schwarz Pharma, Inc.'s First Set of Interrogatories in *Gardley-Starks* (11/2/11)

Wyeth's Fourth Amended Response to Plaintiffs' Master First Set of Interrogatories to all Defendants, *In re Reglan/Metoclopramide Litigation*, Court of Common Pleas, Philadelphia County (10/27/11)

Expert report of Dr. Suzanne Parisian in *Gardley-Starks* (11/12/12)

Expert report of Dr. Philip Seeman in *Gardley-Starks* (10/20/10)

Expert report of Dr. Judith K. Jones in *Lyman* (12/29/10)

Plaintiffs' Expert Disclosures in *Neeley* (8/13/12)

Expert report of Dr. Robert C. Nelson in *Poist* (8/9/13)

Expert report of Dr. Philip Seeman in *Poist* (6/20/13)

Amended Complaint in *Poist*

Expert report of Dr. Suzanne Parisian in *Cooper* (1/14/14)

Expert report of Dr. Philip Seeman in *Cooper* (1/16/14)

Second Amended Complaint in *Cooper*

Medical literature:

American Gastroenterological Association Medical Position Statement on the Management of Gastroesophageal Reflux Disease in Gastroenterology;135:1383-1391, October, 2008

Avorn, J, Gurwitz J.H., Bohn, R.L., Mogun, M.S., Monane, M., Walker, A., Increased Incidence of Levodopa Therapy Following Metoclopramide Use. *JAMA* 1995;274:1780-1782.

Bateman, D. N., Rawlins, M. D., and Simpson, J. M. Extrapyramidal reactions with metoclopramide. *British Medical Journal*. 1985; 291:930-932.

Bateman, D.N., Darling, W.M., Boys, R., and Rawlins, M.D. Extrapyramidal Reactions to Metoclopramide and Prochlorperazine. *Quarterly Journal of Medicine*. New Series 71. 1989; 264:307-311.

Derbanne et al, *J Med Clin Pract* 1967; 138(5,6):200-213.

Savica R, Grossardt BR, Ahlskog JE, Rocca WA. Metabolic Markers or Conditions Preceding Parkinson's Disease. *Mov Disor* 2012; 27(8):974-9.

3

Kenney, C., Hunter, C., Davidson, A., Jankovic, J.. Metoclopramide, an Increasingly Recognized Cause of Tardive Dyskinesia. *J. Clin. Pharmacol.* 2008; 48:379-84.

Ganzini, L., Casey, D. E., Hoffman, W. F., and Heintz, R. T. Tardive dyskinesia and diabetes mellitus. *Psychopharmacology Bulletin.* 1992;29(3):281-286.

Ganzini, L., Casey, D. E., Hoffman, W. F., and McCall, A. L. The Prevalence of Metoclopramide-Induced Tardive Dyskinesia and Acute Extrapyramidal Movement Disorders. *Archives of Internal Medicine.* 1993;153:1469-1474.

Xu Q, Park Y, Huang X, Hollenbeck A, Blair A, Schatzkin A, Chen H. Diabetes and the Risk of Parkinson's Disease. *Diabetes Care* 2011; 34(4):910-5.

Kaplan S., Staffa JA, Dal Pan, GJ. Duration of Therapy with Metoclopramide: A Prescription Claims Data Study. *Pharmacoepi. Drug Saf.* 2007, 16:8778-881.

Harrington, R. A., Hamilton, C. W., Brogden, R. N., Linkewich, J. A., Romankiewicz, J. A., and Heel, R. C. Metoclopramide. An updated review of its pharmacological properties and clinical use. *Drugs.* 1983;25(5):451-494.

Woerner MG, Saltz B, Kane JM, Lieberman JA, Alvir J. Diabetes and development of tardive dyskinesia. *Am J Psychiatry* 1993;150:966-968

Morgenstern, H. and Glazer, W. M. Identifying risk factors for tardive dyskinesia among long-term outpatients maintained with neuroleptic medications. Results of the Yale Tardive Dyskinesia Study. Archives of General Psychiatry. 1993;50(9):723-733.

Khot, V. and Wyatt, R. J. Not all that moves is tardive dyskinesia. *American Journal of Psychiatry.* 1991;148(5):661-666.

Pasricha, P. J., Pehlivanov, N., Sugumar, A., and Jankovic, J. Drug Insight: from disturbed motility to disordered movement--a review of the clinical benefits and medicolegal risks of metoclopramide. *Nat Clin Pract Gastroenterol Hepatol.* 2006;3(3):138-148.

Porter, J. and Jick, H. Drug-induced anaphylaxis, convulsions, deafness, and extrapyramidal symptoms. *Lancet.* 1977;587-588.

Go CL, Rosales RL, Caraos RJ, Fernandez HH. The current prevalence and factors associated with TD among Filipino schizophrenic Patients. *Parkinsonism Related Disord* 2009; 15(9):655-9.

Rao AS, Camilleri M. Review article: metoclopramide and tardive dyskinesia. Aliment Pharmacol Ther. 2010 Jan;31(1):11-9. Epub.

Robinson, O. P. W. Metoclopramide-side effects and safety. *Postgraduate Medical Journal.* 1973;77-80.

4

Robins letters to New England Journal of Medicine, in Aug. 21, 1986 and Feb. 2, 1987 *New England Journal of Medicine.*

Sewell, D. D. and Jeste, D. V. Metoclopramide-Associated tardive dyskinesia an analysis of 67 cases. *Arch Fam Med.* 1992;1:271-278.

Sewell, D. D., Kodsi, A. B., Caligiuri, M. P., and Jeste, D. V. Metoclopramide and Tardive Dyskinesia. *Biol Psychiatry.* 1994;36(9):630-632.

Skidmore, F., Reich, S. G. Tardive Dystonia. *Curr Treat Options Neurol.* 2005;7(3):231-236.

Stewart, R. B., Cerda, J. J., Moore, M. T., and Hale, W. E. Metoclopramide: an analysis of inappropriate long-term use in the elderly. *Annals of Pharmacotherapy.* 1992;26:977-979.

Wiholm, B. E., Mortimer, O., Boethius, G., and Haggstrom, J. E. Tardive dyskinesia associated with metoclopramide. *Br Med J.* 1984;288(6416):545-547.

Driver JA, Smith A, Buring JE, Gaziano JM, Kurth T, Logroscino G. Prospective cohort Study of Type 2 diabetes and the risk of Parkinson's Disease. *Diabetes Care* 2008;31(10):2003-5.

Grimes, J. D. Parkinsonism and tardive dyskinesia associated with long-term metoclopramide therapy. *New England Journal of Medicine.* 1981;305(23):1417- 1417.

Grimes, J. D., Hassan, M. N., and Preston, D. N. Adverse neurologic effects of metoclopramide. *Canadian Medical Association Journal.* 1982;126(1):23-25.

Grimes, J. D. Long-term follow-up of tardive dyskinesia due to metoclopramide. *Lancet.* 1982;563-563.

Ehrenpreis ED, Deepak P, Sifuentes H, Devi R, Du H, Leikin J. The Metoclopramide Black Box Warning for Tardive Dyskinesia:  Effect on Clinical Practice, Adverse Event Reporting, and Prescription Drug Lawsuits. *Am J Gastroenterol* 2013; 108:866-872.

Haagstrom, Lakartidningen. 1981;78 (32-33):2751-2752

Taylor, D. M. Evaluation of the Safety of Metoclopramide in Patients with Gastroesophageal Reflux Disease. *Clinical Therapeutics.* 1984;7(1):28-32.

Miller, L. G. and Jankovic, J. Metoclopramide-Induced Movement Disorders Clinical Findings with a Review of the Literature. *Archives of Internal Medicine.* 1989;149:2486-2492.

Miller, L. G. and Jankovic, J. Neurologic approach to drug-induced movement disorders: a study of 125 patients. *Southern Medical Journal.* 1990;83(5):525-532.

5

Miller, D.D. et al.  Extrapyramidal Side-Effects of Antipsychotics in a Randomised Trial. *British Journal of Psychiatry*.  2008;193:279-288.

Matson, J. L., Mayville, E. A., Bielecki, J., Smalls, Y., and Eckholdt, C. S. Tardive dyskinesia associated with metoclopramide in persons with developmental disabilities. *Res Dev Disabil*. 2002;23(3):224-233.

Schooler, N, Kane, J. Research Diagnoses for Tardive Dyskinesia. *Arch Gen Psychiatry*. 1982. 39: 486-487.

Tenback DE, van Harten PN.  Epidemiology and Risk Factors for Tardive Dyskinesia. *Int Rev Neurobiol* 2011;98:211-30.

Tarsy, D., Lungu, C., Baldessarini, R.  Epidemiology of Tardive Dyskinesia Before and During the Era of Modern Antipsychotic Drugs.  *Handbook of Clinical Neurology*, Vol. 100 (3rd series), *Hyperkinetic Movement Disorders* 2011; 43:601-616.

Lata, P. F. and Pigarelli, D. L. Chronic metoclopramide therapy for diabetic gastroparesis. *Annals of Pharmacotherapy*. 2003;37(1):122-126.

Muzyk, A.J., Cvelich, R.G., Rivelli, S.K.  J Neuropsychiatry Clin Neurosci. 2012; 24(3):E37-38

Levy E, Margolese HC, Annable L, Chouinard G. Diabetes, tardive dyskinesia, Parkinsonism and akathisia in schizophrenia: a retrospective study. *Can J Pyschiatry* 2004; 49:6: 398-402.

Lee, A., Kuo, B. Metoclopramide in Expert Rev Endocrinol Metab. 2010;5(5):653-662.

Shaffer, D. and Butterfield, M. Metoclopramide and tardive dyskinesia: a review of the FDA adverse event reporting system. *Clinical Pharmacology & Therapeutics*. 2002;71(2):P24.

Shaffer, D., Butterfield, M., Pamer, C., and Mackey, A. C. Tardive dyskinesia risks and metoclopramide use before and after U.S. market withdrawal of cisapride. *J Am Pharm Assoc (Wash.DC.)*. 2004;44(6):661-665.

Stanley, M., et al., Metoclopramide: Antipsychotic Efficacy of a Drug Lacking Potency in Receptor Models. *Psychopharmacology*. 1980; 71: 219-225.

Tan CH, Diabetes and Tardive Dyskinesia (letter). *Australian and New Zealand Journal of Psychiatry* 1994;528.

Johnson, A.G. Controlled Trial of Metoclopramide in the Treatment of Flatulent Dyspepsia. *British Medical Journal*. 1971; 2: 25-26.

Kahrilas, P.J.  Gastroesophageal Reflux Disease.  *JAMA*. 1996;276(12):983-988.

Kataria, M., Traub, M., and Marsden, C. D. Extrapyramidal side effects of metoclopramide. *Lancet (England.)*. 1978;2:1254-1255.

Lavy, S., Melamed, E., and Penchas, S. Tardive dyskinesia associated with metoclopramide. *Br Med J.* 1978;1(6105):77-78.

Pinxteren, B., Numans, M.E., Bonis, P.A., Lau, J.  Short-Term Treatment with Proton Pump Inhibitors, H2-receptor Antagonists and Prokinetics for Gastro-Oesophageal Reflux Disease-Like Symptoms and Endoscopy Negative Reflux Disease. *The Chochrane Database of Systematic Reviews*. 2001;Issue 4(CD002095).

Anderson, E.P., Freeman, E.B.  Recognition of Movement Disorders: Extrapyramidal Side Effects and Tardive Dyskinesia. Would You Recognize Them If You See Them? *Practical Gastroenterology*.  May 2004.

Craig, W.R., Hanlon-Dearman, A, Sinclair, C., Taback, S.P., Moffat, M.  Metoclopramide, Thickened Feedings, and Positioning for Gastro-Oesophageal Reflux in Children Under Two Years. *The Chochrane Database of Systematic Reviews*. 2004. Issue 3 (CD003502).

Yamamoto, M., Ujike, and H, Ogawa, N. Metoclopramide-Induced Parkinsonism. *Clinical Neuropharmacology.*1987; 3: 287-289.